UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

KLARA SHUSTER,

Defendant.
-----------------------------------------------------------X

26 cr 335 (JGK)

**ORDER**

Bail for the defendant, Klara Shuster, is set as follows:

The defendant is released on her own recognizance. Pretrial supervision as directed. The defendant shall continue or actively seek employment. The defendant shall surrender her passports to Pretrial Services, and make no new applications. The defendant shall have 48 hours to surrender her passports. Travel is restricted to the Southern and Eastern Districts of New York, as well as the District of New Jersey, plus Hershey, Pennsylvania August 14 through 16 (the defendant shall provide Pretrial Services with an itinerary). The defendant is to avoid contact with any person who is or may be a victim or witness unless in the presence of counsel, and shall refrain from excessive alcohol use.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
August 3, 2026